cv6-227.FDIC 

TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00227-CV

Federal Deposit Insurance Corporation, Appellant

v.

Jay L. Johnson and Lindsey-Johnson Joint Venture, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT

NO. 93-10990, HONORABLE MARGARET COOPER, JUDGE PRESIDING

PER CURIAM

 Appellant has filed a motion to dismiss the appeal. The motion is granted. Tex. R. App.
P. 59(a)(1)(B). 

 The appeal is dismissed.

Before Chief Justice Carroll, Justices Kidd and B. A. Smith

Appeal Dismissed on Appellant's Motion

Filed: December 19, 1996

Do Not Publish